IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORP. and SANDEL AVIONICS, INC., <br><br> Defendants. | C.A. No. 03-242-MPT |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 21st day of January, 2005 (D.I. 182), in favor of Honeywell International Inc. and Honeywell Intellectual Properties Inc., and against Universal Avionics Systems Corporation, in the amount of $5,448,000.00 plus interest, with costs to be taxed, and costs in the amount of $13,489.82, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal;

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction of said judgment on the docket.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Thomas C. Grimm* |
| | _____ |
| | Thomas C. Grimm (#1098) |
| | Benjamin J. Schladweiler (#4601) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| | tgrimm@mnat.com |
| | bschladweiler@mnat.com |
| | *Attorneys for Plaintiffs* |
| OF COUNSEL: | |
| Steven D. McCormick | |
| Atif N. Khawaja | |
| KIRKLAND & ELLIS LLP | |
| 153 East 53rd Street | |
| New York, NY 10022 | |
| (212) 446-4800 | |
| December 13, 2007 | |
| 1334494 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

I also certify that on December 14, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Scott J. Bornstein
Allan A. Kassenoff
Deepro Mukerjee
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
New York, NY  10166

Thomas L. Halkowski
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1000
P.O. Box 1114
Wilmington, DE  19899-1114

Howard G. Pollack
Michael R. Headley
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063


*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

1334494